Carlos Humberto Vargas BARRIOS, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 11–2473.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 21, 2011.

Filed: Nov. 22, 2011.

Carlos Humberto Vargas Barrios, argued, Denison, IA, pro se.

Richard M. Evans, Assistant Director, Kelly J. Walls, Trial Attorney, Allison Frayer, Karen Yolanda Drummond, U.S. Department of Justice, argued, Washington, DC, for Respondent.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Guatemalan citizen Carlos Humberto Vargas Barrios petitions for review of an

---

order of the Board of Immigration Appeals, which affirmed an immigration judge's decision to deny asylum and withholding of removal. After careful review, this court concludes that the denials of asylum and withholding of removal are supported by substantial evidence. *See Khrystotodorov v. Mukasey*, 551 F.3d 775, 781 (8th Cir.2008). This court denies the petition. *See* 8th Cir. R. 47B.